IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-640-TMH |
| ) | [WO] |
| ANDY HUGHES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 13, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. #4) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Done this the 10th  day of September, 2008.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE